ANNE E. LOPEZ                                  7609
Attorney General of the State of Hawaiʻi

CRAIG Y. IHA                                   7919
LISA M. ITOMURA                                5003
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
E-mail: craig.y.iha@hawaii.gov
        lisa.m.itomura@hawaii.gov

Counsel for Defendant
ANNE E. LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| PETER ROA and DIRCK SIELKEN, | CIVIL NO. CV 23-00079-MWJS-RT |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1, the Plaintiffs and Defendant stipulate to the dismissal of this action, with prejudice, with each side to bear their own costs and attorneys' fees, and advise that no claims

will remain following dismissal.  All remaining parties to this action have signed this Stipulation.

    DATED:  Honolulu, Hawaiʻi, May 17, 2024.

    Respectfully submitted,

*/s/ Lisa M. Itomura*
LISA M. ITOMURA
CRAIG Y. IHA

Counsel for Defendant
ANNE E. LOPEZ


*/s/ Alan Alexander Beck*
ALAN ALEXANDER BECK

*/s/ Richard L. Holcomb*
RICHARD L. HOLCOMB

Attorneys for Plaintiffs
PETER ROA and DIRCK SIELKEN


**APPROVED AS TO FORM.**
Dated this 17 day of May, 2024.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

---

*PETER ROA and DIRCK SIELKEN v. ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi*, No. 1:23-cv-00079-MWJS-RT; "Stipulation for Dismissal"

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am providing copies of the foregoing document to the following as of the date below:

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California 92123
(619) 905-9105
Alan.alexander.beck@gmail.com

Richard L. Holcomb
Holcomb Law, LLLC
733 Bishop St., Suite 1478
Honolulu, Hawaiʻi 96813
(808) 545-4040
rholcomblaw@gmail.com

Attorneys for Plaintiffs PETER ROA and DIRCK SIELKEN

DATED:  Honolulu, Hawaiʻi, May 17, 2024.

/s/ Lisa M. Itomura
LISA M. ITOMURA
CRAIG Y. IHA

Counsel for Defendant ANNE E. LOPEZ